1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 19CR4905-DMS |
|---|---|
| Plaintiff, | RESTITUTION ORDER |
| vs. | |
| George Martinez RIDLEY, | |
| Defendant. | |

**IT IS HEREBY ORDERED**

1. Pursuant to 18 U.S.C. §1593 and 18 U.S.C. §3664 that Defendant George Martinez RIDLEY (hereinafter "Defendant") shall pay restitution in the total amount of **$1,770.20** to D.M., mother of A.M.

2. Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3. Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

   Clerk of the Court
   United States District Court
   Southern District of California
   333 West Broadway, Suite 420
   San Diego, CA 92101

The bank or cashier's check or money order shall reference "George Martinez Ridley" and "Case No. 19CR4905DMS." The Clerk of the Court shall distribute payments to D.M. at addresses to be provided to the Clerk's Office by the United States Attorney's Office.

4. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office's Forfeiture and Financial Litigation Section of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.

5. Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office's Forfeiture and Financial Litigation Section of any change in mailing or residence address, no later than thirty days after the change occurs.

**IT IS SO ORDERED.**

Dated: January 19, 2021

Hon. Dana M. Sabraw
United States District Judge