UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE MARTINEZ RIDLEY,<br><br>Defendant. | Case No. 19-cr-4905-DMS<br><br>**AMENDED ORDER OF CRIMINAL FORFEITURE** |

On October 20, 2020, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of GEORGE MARTINEZ RIDLEY in all properties seized in connection with this case, including, but not limited to, all property, real or personal, that was used or intended to be used to commit or to promote the commission of the offense, and any property, real or personal, constituting gross profits or other proceeds obtained from the offense, including, a **Black iPhone 8 IMEI: 356111098049658**, pursuant to 18 U.S.C. §§ 1594 and 2253, and Rule 32.2(b) of the Federal Rules of Criminal Procedure, as properties involved in or used in the commission of the offense of conviction, specifically, violation of 18 U.S.C. §§ 1591(a), (b), and 1594(c).

The Black iPhone 8 IMEI: 356111098049658 was to be held by the Drug Enforcement Administration ("DEA") in its secure custody and control. However, subsequent to the entry of the Preliminary Order of Criminal Forfeiture, the

United States discovered the Black iPhone 8 IMEI: 356111098049658 was in the custody of the San Diego Police Department ("SDPD").

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, the Black iPhone 8 IMEI: 356111098049658, which is in SDPD custody, shall be disposed of by SDPD according to law.

Dated: February 4, 2021

Hon. Dana M. Sabraw
United States Chief District Judge